# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0596
_____

GOLDWIRE ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Ronald W. Flury, Judge.

October 7, 2019


PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Goldwire Anderson, pro se, Appellant.

Rana Wallace, General Counsel, and Mark J. Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.